UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-cr-1163-GPC |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 26, U.S.C., Secs. 5861(d) and 5871 - Possession of Unregistered Silencer; Title 26, U.S.C., Sec. 5872 and Title 28, U.S.C., Sec. 2461(c)- Criminal Forfeiture |
| BRIAN MATTHEW THIBODEAU, | |
| Defendants. | |

The United States Attorney charges:

Count 1

On or about March 26, 2021, within the Southern District of California, defendant BRIAN MATTHEW THIBODEAU, did knowingly and unlawfully receive or possess a silencer/suppressor; that was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

FORFEITURE ALLEGATIONS

Upon conviction of the offense alleged in this Indictment, defendant BRIAN MATTHEW THIBODEAU shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872; and Title 28,

\*:\*:San Diego/Imperial
4/14/21

United States Code, Section 2461(c), all firearms involved in the commission of the offense, including but not limited to the following: a silencer/suppressor, a BPRZ102 Glock handgun, an AR-15 style rifle bearing no serial number, approximately 250 rounds of 9mm ammunition, approximately 40 rounds of .223 caliber ammunition, approximately 60 rounds of 12-gauge ammunition, approximately 70 rounds of .38 caliber ammunition, 2 Glock magazines, 2 32-round AR-15 style magazines, a black holster, and metal pipes.

All pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

RANDY GROSSMAN
Acting United States Attorney

By: _____
BRANDON J. KIMURA
Assistant U.S. Attorney