<pre>
 1                  UNITED STATES DISTRICT COURT

 2            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3

 4  UNITED STATES OF AMERICA,      .
                                   .
 5               Plaintiff,        . No. 21-cr-1163-GPC
                                   .
 6               v.                . May 26, 2021
                                   . 4:00 p.m.
 7  BRIAN MATHEW THIBODEAU,        .
                                   .
 8               Defendant.        . San Diego, California
    . . . . . . . . . . . . . . . .

 9

10            TRANSCRIPT OF DETENTION HEARING
         BEFORE THE HONORABLE ANDREW G. SCHOPLER
11             UNITED STATES MAGISTRATE JUDGE

12

13  APPEARANCES:

14  For the Government:     United States Attorney's Office
                            By: KAREEM SALEM, ESQ.
15                          880 Front Street, Room 6293
                            San Diego, California 92101
16
    For the Defendant:      Law Office of Diane M. Regan
17                          By: DIANE M. REGAN, ESQ.
                            414 South 4th Street
18                          El Centro, California 92243

19
    Transcript ordered by: Law Office of Diane M. Regan
20
    Transcriber:           Chari L. Bowery
21

22

23

24  Proceedings Recorded by Electronic Sound Recording;
    Transcript Produced by Transcription
25
</pre>

```
 1              SAN DIEGO, CALIFORNIA; MAY 26, 2021; 4:00 P.M.

 2                              -o0o-

 3              THE CLERK:  Is Ms. Regan present?

 4              MR. SALEM:  Your Honor, I spoke with her on the phone

 5     about an hour ago.  She is here in San Diego successfully.

 6         Let me check the hallway.  She may be present in the

 7     hallway.

 8              THE COURT:  Okay.  (Pause.)

 9              THE CLERK:  Let me try to give her a call.

10              THE COURT:  Okay.  And is Mr. Thibodeau here?

11              PRETRIAL SERVICES OFFICER:  Your Honor, Marisa Zvers

12     from pretrial services.

13         I am looking at his GPS points.  It looks like he is

14     fairly close to the building.  I would imagine he will be here

15     any minute.

16              MR. SALEM:  Nobody in the hallway, Your Honor.

17              THE COURT:  All right.  (Pause.)

18         Well, why don't we take a brief recess while we await the

19     arrival of the defendant and counsel.

20         (Recess taken from 4:01 p.m. to 4:10 p.m.)

21              THE CLERK:  Calling matter three on calendar,

22     21-cr-1163, U.S.A. v. Brian Mathew Thibodeau.

23              MR. SALEM:  Good afternoon, again, Your Honor.

24     Kareem Salem on behalf of the United States.

25              THE COURT:  Good afternoon, Mr. Salem.
```

1          MS. REGAN:  Good afternoon, Your Honor.  Your Honor,

2    I am sorry I was late.  I had to ride a scooter to get here.

3          THE COURT:  Okay.  All right, Ms. Regan.  Everybody

4    gets one mulligan.

5          MS. REGAN:  That's right.

6          THE COURT:  Just make sure you are on time in the

7    future.  No problem.

8      Your client is here as well?

9          MS. REGAN:  Yes.  He went to the restroom.  He will

10   be right back.

11         THE COURT:  Okay.  (Pause.)

12     (Brief discussion off the record.)

13         THE CLERK:  Mr. Salem, do you anticipate using the

14   projector?

15         MR. SALEM:  Given the fact that the Court and

16   Ms. Regan have copies, I don't think I will.

17         THE CLERK:  Okay.

18         MR. SALEM:  To the extent pretrial wants access to

19   any of the images, I am happy to reference and make them

20   available, so we can avoid the technology.

21         THE CLERK:  Okay.  Just keep me posted if you need it

22   so we can get IT to hook it -- to restart it.

23         MR. SALEM:  Thank you.  I appreciate the offer.

24         THE CLERK:  Your Honor, I believe the defendant is

25   now present.

```
 1          THE COURT:  Okay.  Why don't you come forward to

 2   defense counsel's table, Mr. Thibodeau, please.

 3      All right.  We are here for a detention hearing.  This is

 4   the government's motion, so they get first argument.

 5      Mr. Salem, you have the floor.

 6          MR. SALEM:  Thank you, Your Honor.  The government's

 7   appreciative of this Court taking the time to revive and rehear

 8   argument on a motion to detain based on a

 9   danger-to-the-community standard.  This motion was revived on

10   the basis of newly discovered information that was not in the

11   possession of the government during the initial hearing.

12      Your Honor, I do have quite a bit of information to cover,

13   and I am cognizant of the hour.  If the Court feels that I am

14   running a little bit over time, if you could just give me a

15   warning, and I would be happy to curtail to the end.

16          THE COURT:  All right.

17          MR. SALEM:  When the Court denied the initial motion

18   to detain, little was known about Mr. Thibodeau's character,

19   his mental condition, and any specific danger that he poses to

20   others outside of the facts that were proffered and in the

21   probable cause statement.  And today, Your Honor, while we

22   still navigate a labyrinth of evidence -- which includes 11

23   different digital -- or excuse me -- 11 different electronic

24   devices that were seized pursuant to a search warrant, of which

25   two have been searched or are in the process of being searched
```

1   and the remaining nine have yet to be searched; the other

2   items, physical items, that were recovered from Mr. Thibodeau's

3   residence, including his personal diary -- the government has

4   an unwavering conviction, Your Honor, that up until the day of

5   his arrest, he was on a pathway to violence that would have

6   occurred in a mass-casualty event.

7        I am mindful that the Court is familiar with the facts;

8   however, I would like an opportunity to and permission to

9   revisit and reproffer the timeline of what led to

10  Mr. Thibodeau's arrest.

11              THE COURT:  Be my guest, Mr. Salem.

12              MR. SALEM:  Thank you, Your Honor.

13       Your Honor, the government has provided to the Court and

14  defense counsel 37 exhibits which illustrate, by clear and

15  convincing evidence, that Mr. Thibodeau presents a danger to

16  the community, and until he is afforded an opportunity to

17  receive rehabilitative services to address any of these

18  underlying issues, we believe he should be detained

19  accordingly.

20       On March 19th, U.S. Customs and Border Protection officers

21  located in the Los Angeles area were searching and screening

22  several parcels that were incoming into the country.  And when

23  they screened this particular package, they found an item

24  within it that matched and contained characteristics of a

25  firearm suppressor.  That item has now been forensically and

 1   visually inspected by the firearms technology criminal branch

 2   of the Bureau of Alcohol, Tobacco, Firearms and Explosives, and

 3   the following determination was made.

 4        Government's Exhibit 1, I am referring to, Your Honor, is

 5   a device illegally imported from China and marketed on many

 6   websites as a, quote, "fuel filter," end quote.

 7        The exhibit is threaded at only one end, with five-eighths

 8   24 threads that are compatible with many firearm barrels but no

 9   real fuel fittings.  The device has no filtering capabilities.

10   It does not include screens or filter elements.  The exhibit

11   cannot function as a fuel filter without extensive

12   modification.  The included blue hose does not fit any of the

13   connections to the device nor are there any adapters or

14   fittings included; however, Exhibit 1 is a fully functioning

15   firearms silencer, as received, with no modifications.

16        After seizing this item on March 26th of 2021, agents from

17   Homeland Security Investigations conducted a controlled

18   delivery to the marked address to include not only the identity

19   of the recipient but to ensure that they were accurately

20   tracking the end location of that item.

21        Mr. Thibodeau did receive receipt of this item, and in

22   anticipation of such, an anticipatory search warrant had been

23   obtained prior to that controlled delivery, utilizing a

24   California Superior Court judge.

25        When they searched the residence, they observed an AR

1    buttstock attached to a buffer tube for an AR-15.  They

2    recovered 30 -- a 32-round AR-15 magazine, an AR-15 pistol

3    grip, an Anderson Manufacturing lower receiver, another

4    buffering screen.  In the dresser, in one of the drawers, one

5    box of 25-round 12-gauge shotgun gauge.  And as well, in

6    addition to the shotgun shells, Your Honor, there were two

7    boxes of 20-round, .223 caliber, which does correspond to an

8    AR-15-style rifle.

9         On the bookshelf, they noted *The Turner Diaries*, which is

10   a neo-Nazi fantasy novel, which calls for the extermination of

11   minorities and Jews.  They found an empty pistol holster near

12   the headboard of the bed.  And they recovered the suppressor in

13   the computer desk drawer.

14        Mr. Thibodeau was placed under arrest but not taken into

15   custody on the state charges.

16        During a post-arrest statement, Mr. Thibodeau admitted he

17   purchased the suppressor and knew that people used them as such

18   but only intended to use it to clean the rifle.

19        During the later statement that day, Your Honor,

20   Mr. Thibodeau admitted that he had made postings on line that

21   the FBI agents were aware of.  He admitted that, during a

22   subsequent discussion that same day, that -- pardon me, Your

23   Honor -- that he emphasized that he was aware of the fact that

24   this could be used as a suppressor.

25        After HSI and FBI conferred with each other, shared

1   information, a decision was made to revisit Mr. Thibodeau's

2   residence, obtain a search warrant for the residence, and place

3   him under arrest for federal violation of possession of a

4   silencer.

5       I would like to move to Exhibit 2, Your Honor, which shows

6   the lower receiver with drilled markings.  There was a drill

7   press, as well, in the room, which is consistent with an

8   individual that is trying to make this lower receiver into a

9   functioning firearm.

10      Exhibit 3 is the upper -- upper portion of the rifle that

11  Mr. Thibodeau was crafting.

12      Exhibit 4 is the buttstock, as well as the magazine that

13  was just referenced.

14      Exhibit 5 is the screw that was just mentioned.

15      Exhibit 6 is a tactical helmet with a Nazi marking on it.

16      And I would like to move to Exhibit 7, Your Honor, which

17  is a depiction of a metal pipe with threading on both ends.

18  And if the Court can see directly below one of the ends, there

19  is another metallic, spherical item, with a brown middle, that

20  is an end cap, Your Honor, that is screwed onto this metal

21  piping.  And I will come back to that in a moment, Your Honor.

22      In addition to the metal pipes with the threading, as

23  depicted, there was a vice machine that was also recovered from

24  the room, and that is depicted in Government's Exhibit 10.

25      Now, of course, a vice can be used to secure objects to be

1   cut, to secure objects that you would have the need to interact

2   with, and I would proffer, Your Honor, that if you look at how

3   that is set up and the manner that is set up, that is not in a

4   garage; it is not in a workstation.  But if you see in 7, I

5   would proffer that that is consistent with the width of the

6   metal piping that was recovered in the room.

7        And, in addition to the short, six-inch pipe, were longer,

8   untampered pipes without the threading, that could easily be

9   placed and retrofitted in this vice machine.

10       In addition to *The Turner Diaries*, there were two spiral

11  notebooks with racist and Nazi handwritten phrases.  There were

12  several items of clothing with neo-Nazi markings, the drill

13  press I mentioned, and a copy of *Mein Kampf*, by Adolph Hitler.

14       Now, what I emphasize, again, little was known at the time

15  of his arrest about his personal history and characteristics.

16  And with the astronomical increase that we see every day of

17  mass shootings, including today, law enforcement, Your Honor,

18  has prioritized the identification, the early engagement, the

19  prevention and disruption of individuals who are displaying

20  behaviors that suggest that he or she is on a pathway to

21  violence or a pathway to commit an act of targeted violence.

22       The Department of Justice has prioritized this mission,

23  and with the assistance of multiple partners, including the

24  FBI's Behavioral Threat Assessment Center, the Behavioral

25  Analysis Unit, the Critical Incident Response Group, working

1    together, emphasizing specific important traits and

2    characteristics that these types of individuals possess.

3          The first step, Your Honor, usually begins with a

4    grievance stage, and the grievance stage is best described,

5    Your Honor, as a person who perceives that he or she has been

6    personally or intentionally wronged and feels a sense of strong

7    injustice.

8          The next phase is a fixation of violent ideology, followed

9    by research and planning, followed by preparation, followed by

10   probing and broaching, and lastly, the attack phase.

11         This Court is well aware that, in 2015, officers were

12   dispatched to Mr. Thibodeau's high school after reports that he

13   had made a threat to commit a shooting.  When officers arrived,

14   they spoke with the principal and they spoke with

15   Mr. Thibodeau.  Mr. Thibodeau, to his credit, was quite candid.

16   He admitted he made -- he had made a comment that he wanted to

17   shoot up the school.

18         And the government is troubled that the catalyst for that

19   was he was being bullied.  He told officers that while he was

20   on the bleachers, students came and they hid his backpack, and

21   they were laughing at him while he searched for his backpack,

22   and that's kind of a triggering event for him to make these

23   comments.  He was candid in admitting that he was depressed.

24   He was depressed over his familial divorce.

25         And I understand that these are topics that trigger

1    Mr. Thibodeau, and I don't intend to pry, but these are factors

2    and clues that lead someone to fixate on the next stage, which

3    is a violent ideation.

4         We are now in possession of several items that display

5    that Mr. Thibodeau does, in fact, have a grievance that would

6    resort him to fixate on a group.  Government's Exhibit 11, Your

7    Honor, is a -- a poster, a photograph, which depicts, in a

8    derogatory manner, an African-American individual that says,

9    "No excuses for food" (phonetic).

10        The next page, Your Honor, is Exhibit 12.  "How many,"

11   quote, "'Jews' destroyed dangerous political opponents?"

12        The next exhibit, Exhibit 13, is "It's not illegal to be

13   white...yet."

14        Government's Exhibit 14 is a photo of an individual

15   holding a firearm that at the top states, "Kill Cops," and at

16   the bottom, it says "Body Tax" (phonetic).  And this refers to,

17   of course, online memes, where individuals edit photographs to

18   propose an ideology or use as a platform to further their

19   message.

20        When we look at these things, Your Honor -- and, also,

21   Government's Exhibit 15 is a picture of an individual being

22   hanged, with a -- clearly, a Jewish individual being hanged,

23   with a Star of David, with barbed wire, presumably from the

24   Holocaust era.

25        And I will warn both counsel and the Court, Exhibit 6

1    [sic] is quite graphic.  It depicts an African-American couple

2    fatally wounded and presumed deceased, with blood all around.

3              THE COURT:  Exhibit 16?

4              MR. SALEM:  Yes, Your Honor.  Exhibit 16.

5        It is a female and a male, looks to be in their young --

6    teenage years or young adult years, hunched over.  It appears

7    the male has a headshot, wound to the head.  There's a

8    tremendous amount of blood and gore in this photo.  And I

9    believe this is one of the photos that were deleted on

10   Mr. Thibodeau's cell phone.

11       A number of these items were both in plain digital view or

12   had to be carved out of the data, which would indicate it was

13   deleted previously, Your Honor.

14       So, when we take into consideration prior grievances and

15   violent ideation, the next step is research and planning.

16       We have a photo here, Your Honor -- and before I reach

17   those, I failed to mention Government's Exhibit 16 and 17,

18   which of course is a picture of Dylann Roof, who committed a

19   mass-murder atrocity in South Carolina upon an African-American

20   congregation.

21             THE COURT:  You are talking about 17?

22             MR. SALEM:  This is -- 17 is a photo, Your Honor, of

23   Dylann Roof, as well as Government's 18 is another photograph,

24   a different photograph of Dylann Roof.

25       Dylann Roof, Your Honor, is a monster among many

1    communities, I dare say every community; however, there is a

2    white supremacist community that views him as a hero, views him

3    as an individual who is cleansing the world of unpureness.  And

4    we see individuals with photographs and with idols of these

5    individuals who have subscribed to this sort of philosophy.

6        And in the Government's Exhibit 18, there's a caption that

7    says, "The bad days will be over soon."  And Dylann Roof is

8    holding a firearm, a handgun, in his hand.

9        Government's Exhibit 19, Your Honor, is taken from

10   handwritten documents that were in Mr. Thibodeau's possession.

11   In Government's Exhibit 19 is a document entitled "Taste for

12   tomorrow," and there are several items listed.  And in the

13   middle of the page, where it says, "I am restoring my kingdom,

14   my empire, my life," another reference to neo-Nazi terminology.

15       Government's Exhibit 20 is a document, handwritten, that

16   starts with, "Life goals."  And you see a number of items

17   there, but if you look at Item Number 3, it says, "Learn how to

18   create mock models of guns because" -- BC -- "because prepared

19   and do the real deal."

20       Government's Exhibit 21, Your Honor, starts with the term

21   "Past life," and if you go to the final entry, it states, "I

22   have a fantasy of mowing down hordes of men with a machine

23   gun."

24       Government's 22 is a handwritten document that says,

25   "Learn what you need to make guns, what tools, what

 1   components."

 2        What follows in Government's 23, Your Honor, is a

 3   photograph of what is titled "AK total length."  There seems to

 4   be a drawing of an AK.  Seems that there are measurements for

 5   the full buttstock, the wood stock length, barrel length.

 6        Government's 24, Your Honor, is a photograph and

 7   step-by-step guide for materials needed to, essentially, create

 8   a silencer for a firearm.

 9        This is all evidence that you are now moving from a

10   fixation of a violent ideology to research and planning.

11        We see in Government's Exhibit 25 research into how to

12   make triacetone triperoxide, "tatp", which is a very extremely

13   unstable explosive.  You see here that it's linked to the

14   Easter Sunday terrorist attack in Sri Lanka.  You see that it

15   is an image that gives you how to make a homemade explosive

16   tutorial.

17        Government's Exhibit 26 is titled, "How to make a bomb in

18   the kitchen of your mom," with detailed step-by-step guides

19   from start to finish.

20        Government's Exhibit 27 is -- seems to be a message board

21   on the internet, again, for HMTD, which is another explosive

22   peroxide.

23        Government's Exhibit 28, further instructions on how to

24   make such explosives.

25        Government's 29 is a photograph which, at the bottom, is

1   titled "Improvised electric triggers for (inaudible) based

2   booby traps."

3        And I would like the Court to examine Government's

4   Exhibit 30.  Government's Exhibit 30 depicts three pipe bombs

5   with end caps, or three pipes -- excuse me -- with end caps

6   that are tied together with what appears to be a black

7   detonation device.  And at the top, it says, "All you need is

8   eight things," and it lists out instructions.  And I would

9   proffer, Your Honor, based on the threading and the tubing and

10  the style of end caps, it's strikingly similar to the six-inch

11  metal piping that was threaded with an end cap in

12  Mr. Thibodeau's drawer.

13       Given these bomb-making materials, given these

14  firearm-making materials, step-by-step instructions, and

15  literature, we believe it's clear and convincing that

16  Mr. Thibodeau was in the preparation and planning stage for a

17  future violent event.

18       When you look to specific preparation, Your Honor,

19  Government's Exhibit 25 is another internet text that says,

20  quote, "Basically, buckle in tight for the first few months.

21  Set up an (inaudible) of security precautions and patrols.

22  After a while, start picking targets and gathering intel for a

23  month or two, maybe more, and then start running raids,

24  ambushes, sabotage" --

25            THE COURT:  I am sorry.  Which exhibit are you

1    reading from?

2              MR. SALEM:   25, Your Honor.

3        Excuse me, Your Honor, I apologize.  The one that I just

4    read off is 31.  Excuse me.  It should be light text above a

5    Budweiser advertisement.

6        Move to the next one, Your Honor, Court's -- Government's

7    Exhibit 32.  And I apologize.  I ought to clarify.

8        For the record, this is a poster by the National

9    Accelerationist Revival, which is, again, another white

10   supremacist movement that says, "Calling in a bomb threat also

11   works to escalate tensions, more so if the perpetrator is never

12   caught.  People will be evacuated.  Law enforcement's nerves

13   are fried because, even though it's probably fake, no one wants

14   to be the one in 100 cases that it's legit."

15       What is more disturbing, probably, is Government's

16   Exhibit 33.  This is a United States map with field office

17   locations of the Federal Bureau of Investigation.

18       What is more detailed and troubling is Government's

19   Exhibit 34, which is a screenshot from Instagram of Darren M.

20   Popkin, who was a sheriff, with his address.  And this

21   individual was involved in a no-knock warrant in which a white

22   supremacist was, unfortunately, killed during that warrant, and

23   has now become a martyr for The Boogaloo Movement.

24       Government's 35 is a picture of a circuit attorney,

25   Ms. Gardner.  Ms. Gardner is suing the St. Louis Police

 1   Department for civil rights violations and is currently

 2   litigating against the Ku Klux Klan.

 3        Government's Exhibit 36 is an address of Karlos Dillard,

 4   who is an author and African-American that, again, has drawn

 5   the sights of white supremacists and various groups across the

 6   nation.

 7        And finally, Your Honor, Government's 37 is another

 8   individual --

 9             THE COURT:  I do not -- oh, I do have a 37.  I am

10   sorry.  There's --

11             MR. SALEM:  I believe we ran out of tabs,

12   unfortunately, and so I apologize for that.

13             THE COURT:  And Karlos Dillard, you said, was who?

14             MR. SALEM:  Mr. Dillard is an author, Your Honor.  He

15   is an African-American.  He has taken positions that are

16   adverse to the white supremacist movement and is therefore

17   targeted on line.  And his address appears here, and it is

18   known that individuals against his positions have fixated --

19   when I say "individuals," i.e. white supremacists.

20        And I listed finally for the Court, Your Honor, a fourth

21   individual.

22        And, again, all of these individuals are located across

23   the nation, in various states, with no known affiliation to

24   Mr. Thibodeau.

25        When you take this all into context, Your Honor --

1          THE COURT:  I may have missed it, but Dale Anthony
2     Resteghini is who?
3          MR. SALEM:  Yes, Your Honor.  A music video producer
4     with antiracism music videos.
5          THE COURT:  Okay.
6          MR. SALEM:  Taking this all together, Your Honor, we
7     certainly can have research.  When we start to think about what
8     preparation or what evidence of preparation we have here before
9     the Court, in its consideration of the motion to detain, an
10    individual who has purchased a silencer, who has firearm parts,
11    with a desire to illegally assemble them within the confines of
12    his residence.  He has items that are capable of being
13    assembled into bombs.
14        It was proffered last time, Your Honor, that a visual
15    inspection was done of these metal pipes.  There was no residue
16    or matter inside the pipes that were found; however, as the
17    Court knows, it was just because it hadn't occurred yet.  Just
18    because you have piping without residue does not mean that you
19    couldn't quickly put residue and matter in the piping.  He had
20    a drill press to complete the assembly.  He had a helmet which
21    could be used as protection.  He had ammunition for handguns,
22    shotguns, and the AR.  And he had the vice that he could use to
23    cut and retrofit the pipes.
24        When Mr. Thibodeau, Your Honor, was taken into custody and
25    booked into custody, he was placed in a cell with another

1    inmate.   This inmate is not a government agent and was not

2    working for the government in any sort of undercover capacity.

3    Mr. Thibodeau made statements to the cellmate that prompted

4    alarm for this inmate, to reach out to his attorney, to reach

5    out to the U.S. Attorney's office.   Some of those statements

6    included that, when he was asked why he was in custody, he

7    proffered, "HSI did a sting at my house because I ordered a

8    silencer."

9         He then added and admitted he was a white supremacist.

10        "And for the past two years" -- this is, again,

11   Mr. Thibodeau -- he "has been talking shit on line."

12        In response to being asked if he's been in trouble before,

13   he admitted that he told some boys that he would do some

14   Columbine-type stuff.

15        And last but not least, Your Honor, when asked, "What were

16   you going to do with that silencer?"   I think what is most

17   chilling is his statement was, quote, "I don't know.   We will

18   see."

19        When the Court considers every one of these facts, there's

20   no doubt that everyone wants Mr. Thibodeau to seek all of the

21   necessary rehabilitative services that the Court, that

22   probation, that pretrial can afford him.   We are cognizant that

23   Mr. Thibodeau has had some challenges in his life; however, at

24   this present moment, given what we know now, today, we believe

25   that his presence in the community and his mind-set up until

1    the day of arrest is not something that you could turn on or

2    off, and that he currently presents a danger to the community.

3         At this time, Your Honor, with the Court's permission, I

4    would request to approach sidebar with Ms. Regan to discuss one

5    small aspect that I believe is appropriate for a sidebar.

6              THE COURT:  Okay.  Ms. Regan.

7         (The following proceedings were heard at sidebar:)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25







1 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

2 ▇▇▇▇▇  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

3 ▇▇▇▇▇▇▇▇▇  ▇▇▇

4      ▇▇▇▇▇  ▇▇▇▇  ▇▇▇  ▇▇▇

5      (The following proceedings were held in open court:)

6           THE COURT:  Anything further, Mr. Salem?

7           MR. SALEM:  No, Your Honor.

8      For all the foregoing reasons, we believe that detaining

9 Mr. Thibodeau without bail is appropriate given the clear and

10 convincing evidence that he poses a danger.  Thank you.

11           THE COURT:  Thank you, Mr. Salem.

12      Ms. Regan?

13           MS. REGAN:  Thank you, Your Honor.

14      Well, of course the Court knows my position.  I don't

15 believe he should be detained for posing a danger.  This school

16 incident happened over five years ago.  My client's pathway to

17 violence is an awfully long path.  I mean, Mr. Thibodeau, I

18 think, the Court knows -- well, has heard in the past that he

19 was trying to get into the military, and that was his main

20 focus.  So he has a lot of interest in military things and

21 guns.  His family owns guns legally.  There was two other guns

22 found at the house.  And that he bought this fuel filter -- he

23 bought it as a fuel filter.  Later, I guess he saw that it had

24 an off-label use, but that was not what he was going to do with

25 it.  He didn't even have a (inaudible) gun.

1      As far as the phases, Your Honor, Mr. Thibodeau does not

2   have animosity towards the government.  There is no -- nothing

3   that we have seen so far, the stuff right now, that indicates

4   that he has any plans to do anything bad.  We don't know what

5   the context of these pictures was, were.  A lot of them have

6   been deleted.  So we are not sure if they are five years ago,

7   yesterday.  We have no idea when these screenshots were taken,

8   what they were in reference to.  And again, Your Honor --

9      THE COURT:  They did present some evidence regarding

10   the statements from the cellmate, that he said he was going to

11   do some Columbine-type stuff, which was more recent.

12      MS. REGAN:  I think what happened, you know -- we

13   have had some talk about your case, and he was, I think, trying

14   to be polite.  They asked him, "What are you in for?"  Or "What

15   was that about?"  And he said, "They thought I was going to do

16   some Columbine-type stuff," I believe.

17      And then the other statement was -- I think he was just

18   trying to be polite, like people asking you questions in jail,

19   and you are not supposed to talk about your case with anybody.

20   So I think he was just trying to explain why he was there,

21   probably, without, you know -- without making any admissions or

22   getting himself in more trouble.

23      As far as the helmet -- the helmet was part of a Halloween

24   costume.  There was also a jacket that went with it, and some

25   feathers.  That was on Halloween.

 1        Your Honor, it is my view that Mr. Thibodeau needs to, you
 2   know, be out, be at home.  I was trying to get him off of the
 3   GPS, actually -- or not even off, just modified, so he can go
 4   to the gym or have -- or so he could work out, which I don't
 5   think there is any evidence that he is out meeting bad people
 6   or doing bad things, you know, even before this happened, you
 7   know, even before he was arrested.  And since then, certainly
 8   not.  He's been at home.  He's been compliant with his GPS.
 9   There have been no issues whatever.  He is just doing what the
10   Court wants.
11        And I don't think there is evidence of preparation, Your
12   Honor.  There is no evidence he is planning anything.  This is
13   basically a case where he bought this silencer, marketed as a
14   fuel filter.  He doesn't -- he doesn't have a gun that it fits
15   on.  It's pretty clear that he is 20 years old.  He couldn't
16   have a legal gun.  He was trying to make a gun and decided not
17   to when he found out it was illegal.  He actually returned the
18   part.  So he didn't even have a gun to do anything with.
19        So I am not sure -- the government thinks that he was
20   waiting five years to, you know, get some revenge for something
21   that happened when he was a kid, being bullied.  And I
22   understand the profile, Your Honor, but there's also -- things
23   are not always as they seem.  And Mr. Thibodeau is not a risk
24   of danger to the community.  He is a person who, you know,
25   really needs a little counseling or, you know -- even just as

far as the ideology, it is not against the law to have

different thoughts than other people.  It is not against the

law to be a white supremacist.  It is not even -- you know,

being out in society with regular people and not locked up --

and he's been inside for a year because of COVID, to begin

with.  So I think a lot of people are just sitting at home, on

their computer.  Maybe he was getting into some risky areas,

but there was no evidence that he was going to do anything,

that he has any plans, that he was going to hurt anybody, that

he has any animosity towards people aside from just these --

you know, these exhibits that the government has proffered.

So I would ask the Court leave him out and modify his GPS

to allow him to exercise, and we can also -- he's got a

psychological evaluation tomorrow at 5:00, and hopefully, with

that, he can get the counseling and start working on himself.

Because even if he gets convicted of this case, he is not

facing a lot of time.  And the prosecutor and I were talking

before this, like, what would the endgame be?  If this case

resolves, you are still going to have the same kind of issues.

You can't keep him in jail forever, detained forever.  So I

think now is the time to start, maybe -- keep him out, get him

the counseling.  And I don't think he is a danger, Your Honor.

With that, I submit.

THE COURT:  Thank you, Ms. Regan.

Is -- I know that -- actually, I had one final question

1    for you.  I know he was not employed prior to his arrest in

2    this case.  Has he gotten employment or schooling now?

3              MS. REGAN:  He has been filling out job applications,

4    Your Honor, and effectively looking for a job.

5              THE COURT:  Okay.  Thank you.

6         I will give the government a chance to respond, but I

7    wanted to hear from pretrial, if there is anything that you

8    want to add.

9              PRETRIAL SERVICES OFFICER:  Yes, Your Honor.

10        Mr. Thibodeau has been on supervision for a short period

11   of time for us to really assess how he would, overall, do on

12   supervision.

13        I will note that the evidence presented today by the

14   government has been extremely disturbing, and should the Court

15   find that the government has met its burden, I do not believe

16   there are any combination of conditions that would mitigate the

17   risk of danger to the community.

18             THE COURT:  All right.  Thank you.

19        Mr. Salem?

20             MR. SALEM:  Your Honor, I am happy to respond to any

21   point that the Court is particularly interested in.

22        I believe that the government's proffer addresses its

23   position with respect to no working guns, Halloween costumes,

24   and items of planning.  We, clearly, strongly disagree with

25   that.

1        And with respect to this style of silencer and the AR-15

2   that was being built, they do go together, first and foremost.

3        May I have one brief moment?  (Pause.)

4        Your Honor, I apologize for the delay.  It just came to

5   mind.  If it turns out there is no evidence of planning or

6   preparation outside of what we just said, I couldn't include

7   and I did not want to include every single item that we have

8   reviewed and discussed.  We are talking thousands of pages.

9   And I specifically recall speaking here with Agent Gorman

10  (phonetic) that there was a handwritten note about

11  assassinations.  And it just goes on and on and on.

12       And so we stand here -- the government isn't handpicking

13  and cherry-picking evidence that would suit its argument for

14  detention, but we just found the following statement was in

15  handwriting, "Even if" -- quote, "The fact makes

16  assassinating" -- ineligible word -- "targets essential."

17       So, these are all of the factors that we are now aware

18  that lead us to only one reasonable conclusion, and that is the

19  conclusion of detention.

20            THE COURT:  Thank you, Mr. Salem.

21       Anything further, Ms. Regan?

22            MS. REGAN:  Just, Your Honor, again, I don't have the

23  context for a lot of these things.  I don't have a timeline.

24  It is not dated.  It is the first time I have seen this.  I

25  haven't received any of it in discovery, so -- we are actually

1    going to Judge Curiel tomorrow for a discovery motion.  And I

2    don't believe we can -- we will see where everything fits in.

3        At this point, I don't believe that there is clear and

4    convincing evidence that he is a danger to the community.  And

5    that's -- I will submit on that.

6            THE COURT:  Okay.  Thank you, Ms. Regan.  All right.

7    I appreciate everybody's arguments.

8        The government has presented a lot of additional evidence

9    that was not known to the Court or the defense -- presumably

10   not even the government -- at the original detention hearing in

11   this matter.  I will go through all the factors again just so

12   the record is complete, although the government's only moving

13   for detention on the basis of danger to the community.

14       There are, generally, four factors I have to consider to

15   determine whether a defendant should be detained or released.

16   The first is the nature and circumstances of the offense.  This

17   is an offense involving firearms, which is one of the

18   enumerated types of offenses that the Court should consider.

19   In particular, in terms of the nature and circumstances of the

20   offense, I would find that factor weighs in favor of detention.

21       The weight of evidence is the next factor.  That's the

22   least important factor I have to consider, but I would find

23   that the weight of the evidence weighs in favor of detention.

24       I had previously gone over Mr. Thibodeau's history and

25   characteristics.  I think the presentation today has altered

1    that analysis somewhat, but I will go through his history and

2    characteristics.

3         First of all, he has -- he is 20 years old.  He has no

4    criminal history, and so that weighs in favor of setting bail.

5    He has no -- he's been living in the Imperial or Brawley area

6    his entire life and has lived at a single residence.  That's

7    also a circumstance that weighs in favor of setting bail.  He

8    has strong family ties with his mother and brother, living with

9    him in Imperial, California.  And he does have some community

10   ties.  I would find that circumstance weighs somewhat in favor

11   of setting bail.

12        He got his GED in 2019.  He tried to enter the military.

13   It was unsuccessful.  He does have at least one financially

14   responsible surety who is willing to step forward for him, and

15   there appear to be no issues relating to drug or alcohol abuse

16   or with his physical condition.  So I would find that all of

17   that, all of those circumstances, weigh in favor of setting

18   bail.

19        On the other side of the ledger, he has been unemployed

20   for a while.  That weighs in favor of detention.  He has no

21   financial ties that would bind him to this community or the

22   United States, such as owning property or investments, things

23   of that nature.  The mental condition that's been proffered in

24   open court and sidebar I would find weighs somewhat in favor of

25   detention.  The defense concedes that he may need at least some

1  counseling.  Obviously, we will learn more from a psych

2  evaluation, which is supposed to take place tomorrow.

3       With regard to his character and past conduct, I think

4  those circumstances I may have found to be neutral previously.

5  I would find that those weigh in favor of detention now in

6  light of the evidence the government has proffered.

7       And the last thing in his history and characteristics.

8  During the short period he's been on pretrial release, he has

9  largely been in compliance.  I would note he was 12 minutes

10 late for court today, but that's, in the grand scheme of

11 things, a minor violation of the Court's order.  But that is --

12 so I weigh that as very -- only a very slight affect on his

13 history and characteristics.  I think the history and

14 characteristics I would find are neutral on the whole.

15      And turning then to his -- whether he is a danger to any

16 person or the community, I do think that a number of the pieces

17 of evidence that the government has presented during this

18 hearing do raise serious concerns about whether he is a danger

19 to any person or the community.  The anti-Semitic literature,

20 Nazi markings, but also the specific allegations that have been

21 made by the -- or proffers that have been made by the

22 government regarding planning, planning violence, or things of

23 that nature, that starts, I think, with the 2015 school threat,

24 which I didn't have full evidence about at the prior hearing,

25 where the government has proffered that he admitted or he was

1   candid about the fact that he had made statements about

2   shooting up the school because he was bullied.

3        And I think the fact that he admitted allegedly that he

4   was a white supremacist, which seems to be corroborated by a

5   lot of the literature and items that were seized by the

6   government here -- I am not going to reiterate all of the

7   evidence that was presented, but a number of these items I

8   think do raise concerns about the safety of the community.

9        And even just images that were kept by Mr. Thibodeau, such

10  as pictures of two African-American people who were dead and

11  bleeding, apparently after a gunshot, and the person who was

12  hanging, who was being hanged, with a Star of David on the

13  back, do sort of corroborate the government's concerns about

14  actual plans of shooting up a school or doing some, as he

15  described it, "some Columbine-type stuff."  That's what he felt

16  the government was arresting him for.

17       And so I would -- I would find that he is a danger to the

18  community, certainly by a preponderance of the evidence, but

19  also by clear and convincing evidence.

20       I think, weighing all the factors together, that

21  Mr. Thibodeau should be detained.  I would detain, actually,

22  for risk of flight if that had been brought forward, but I will

23  also detain as a danger to the community, finding by clear and

24  convincing evidence that the government has shown that he would

25  be a danger to the community, and potentially to the specific

1    people mentioned in here, the black author, Karlos Dillard,

2    who -- and several of these other names, the sheriff, Darren

3    Popkin.

4         So I will find that the government has carried its burden.

5    I will grant the motion to detain Mr. Thibodeau at this time.

6    We will take him into custody.

7         Mr. Thibodeau, my order is entered without prejudice,

8    which means that you can always return to court in the future

9    and request bail, particularly if you have additional evidence

10   that wasn't available to the Court at this time.  Just as the

11   government did the first time, when I denied their motion to

12   detain you, they came forward with additional evidence.  So

13   what is good for the goose is good for the gander.  You are

14   certainly welcome to come forward with additional evidence and

15   make your case for why you should be released.

16        But at this time, I will detain Mr. Thibodeau.

17        Your next court date, sir, is going to be a motion

18   hearing/trial setting before Judge Curiel, tomorrow, May 27th,

19   at nine o'clock a.m.

20        But that will be all for today.

21             THE CLERK:  Your Honor, the U.S. marshals are on

22   their way to the courtroom.

23             THE COURT:  Oh, usually they are waiting in the wings

24   on these sorts of cases.

25             THE CLERK:  Yeah.

1        THE COURT:  Anything further from the parties?

2        MR. SALEM:  No, Your Honor.

3        MS. REGAN:  Not at this time, Your Honor.  Thank you.

4        THE COURT:  Okay.  All right.  (Pause.)

5        THE CLERK:  We are now off record.

6    (End of proceedings at 5:06 p.m.)

7                        -o0o-

8              C-E-R-T-I-F-I-C-A-T-I-O-N

9

10        I certify that the foregoing is a true and correct

11   transcript to the best of my ability from the electronic sound

12   recording provided to me by the U.S. District Court, Southern

13   District of California, of the proceedings had on the date and

14   time stated in the aforementioned cause.

15        I further certify that I am neither counsel for,

16   related to, nor employed by any of the parties to the action in

17   which this hearing was taken, and further certify that I am not

18   financially nor otherwise interested in the outcome of the

19   action.

20        DATED:  June 1, 2021, at San Diego, California.

21

22                    /s/  Chari L. Bowery

23                    _____
                      Transcriber

24

25