# Exhibit 2
# Exhibits from Detention Hearing
# (filed under seal)