RANDY GROSSMAN
United States Attorney
BRANDON J. KIMURA
Assistant U.S. Attorney
California State Bar No. 241220
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9614
Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21CR1163-GPC |
|---|---|
| Plaintiff, | |
| v. | **UNITED STATES' SENTENCING MEMORANDUM** |
| BRIAN MATTHEW THIBODEAU, | |
| Defendant | |

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Randy S. Grossman, United States Attorney and Brandon J. Kimura, Assistant United States Attorneys hereby files its Sentencing Memorandum.

I

**STATEMENT OF THE CASE**

The United States incorporates by reference the facts set forth in Pretrial Sentence Report filed in this case at Dkt. 91.

II

**STATEMENT OF FACTS**

**1. Investigation**

On March 19, 2021, Homeland Security Investigations (HSI) Special Agents received information from U.S. Customs and Border Protection (CBP) that a firearm

suppressor (the Suppressor") was intercepted at the Los Angeles International Mail Facility in the Los Angeles, California, area. U.S. CBP advised HSI Special Agents that the firearm suppressor was destined for Imperial County, California, and addressed to Defendant.

**2.    Morning of March 26, 2021 - State Residential Search Warrant and Interview of Defendant**

On the morning of March 26, 2021, a HSI Task Force Officer (TFO), was granted an anticipatory residential state search warrant. An undercover HSI TFO delivered the package containing the Suppressor to a male matching the likeness and description of Defendant, and who identified himself as "Brian." Shortly thereafter, federal and state law enforcement officers executed a state search warrant on Defendant's residence.

A search of Defendant's bedroom revealed the Suppressor, along with the firearm suppressor's packaging. Federal and state law enforcement officers also located an AR-type lower receiver parts kit and trigger group (which was partially drilled out; once completed, this would become an unserialized, personally manufactured firearm [PMF]), an upper receiver for an AR-type rifle, an AR-type rifle buttstock, an AR-type pistol grip, and a 32-round, AR-type rifle magazine in Defendant's bedroom. Federal and state law enforcement officers also located a copy of "The Turner Diaries" in Defendant's bedroom.

During a consensual, post-*Miranda* interview of Defendant, Defendant stated he purchased the Suppressor from Aliexpress.com for approximately USD $25.  Defendant stated the Suppressor was marketed as a fuel filter. Defendant stated he knew some individuals used the fuel filters as firearm suppressors, but stated that was not his intention. Defendant went into detail about having researched suppressors/fuel filters on YouTube and various internet forums where the item's uses and repercussions of purchase were presented. Defendant stated he purchased the Suppressor for his AR-type rifle and planned to use it for cleaning the rifle. Defendant stated he tried to purchase a lower receiver in El Centro, California, but was told he was ineligible and could not pick it up. Defendant stated he had a kit for a lower receiver [PMF] in his bedroom and had begun milling it out, but stopped as he did not believe he could mill it without damaging it.

Defendant received a state felony citation for the Suppressor. While being informed of the citation, Defendant sat up, and stated in a raised voice that the HSI SA and TFOs were "Federal pigs" and that it was a waste of time.

### 3. Evening of March 26, 2021 – Federal Probable Cause Arrest of Defendant and Execution of State Search Warrant

On the evening of March 26, 2021, HSI SAs and Imperial Police Department Officers executed a probable cause federal arrest warrant in this case. Following Defendant's arrest, a state residential search warrant was issued for Defendant's residence, specifically for electronic devices, cell phones, communication devices, data storage devices, and documents based, in part, on Defendant's statement that he researched and purchased the Suppressor using the internet.

In Defendant's bedroom, agents located two metal pipes that, based upon training and experience, the agents recognized as necessary in the production of pipe bombs. Also located in Defendant's bedroom were an AR-type rifle lower receiver kit, two spiraled notebooks with racist and Nazi written phrases and drawings, various racist and anti-Semitic documents and propaganda items, a black t-shirt with a white Sonnenrad symbol, a novelty grenade, a German helmet, and a black Nazi-style jacket with skull and crossbones on the collar.

During the second search, agents also found six cell phones, three desktop computers, one laptop computer, and an Apple iPad in Defendant's bedroom. Defendant had stated previously to HSI that his bedroom was the first room on the left in the hallway, and that the other two bedrooms in the residence belonged to his mother and his brother. HSI also found Defendant's California driver's license in the same bedroom. HSI confirmed that the bedroom belonged to Defendant based on the locational description Defendant provided of his bedroom and the presence of Defendant's driver's license. Additionally, during the first search, a HSI SA discovered the Suppressor in the same bedroom in a computer desk drawer. Also, during the first search, agents discovered the packaging for the Suppressor adjacent to a trashcan in the same bedroom.

The Suppressor was sent to ATF's Firearms Technology Criminal Branch (FTCB), which subsequently determined that the device is considered to be a firearm suppressor and therefore a National Firearms Act firearm. FTCB also determined that the Suppressor is a known style of firearm silencer/suppressor being illegally imported from China as a "fuel filter." The FTCB also reported that these devices are deceptively marketed as inline fuel filters although they have no filtering capability. Additionally, the FTCB stated that these devices cannot function as a fuel filter without extensive modification, but is a fully functioning firearm silencer, as received, with no modifications required.

A National Firearms Act firearm can be possessed only by individuals who register the firearm and pay a tax. This registration is reflected in the NFRTR and is required for possession of an NFA firearm. ATF has confirmed that Defendant does not have any firearms registered to him in the NFRTR.

### 4. Additional Investigation

Agents executed a warrant for Defendant's electronic devices. During their search, agents found documents (pdfs, screenshots, and images) consistent with Defendant's effort to build an arsenal of weapons, of which the Suppressor was one component. They include the following:

| PDF Title | Description |
|---|---|
| Silent Death by Uncle Fester | Book on Poisons |
| Vest Busters: How to Make Your Own Body-Armor-Piercing Bullets | |
| Home Workshop Explosives by Uncle Fester | |
| Electronic Detonators: The Psychological Edge | |
| Fourth Generation Warfare Handbook | |
| Ragnar's Big Book of Homemade Weapons: Building and Keeping Your Arsenal Secure | |
| Ragnar's Homemade Detonators | Explosives guide that includes pipes |
| The .22 Silenced Pistol | |
| Steal This Book by Abbie Hoffman | Explosives guide that includes pipes |

| | |
|---|---|
| A STUDY OF AN EXTREMELY PURE PREPARATION Of RICIN | |
| HSI Private Sector Guide - Bomb-Making Materials Awareness Program (BMAP) | |
| First Responder's Toolbox - Guide to TATP Explosive | Triacetone triperoxide (TATP) is a highly unstable explosive |
| Thermal Stability of ANFO Made with Recycled Oil | ANFO (or AN/FO, for ammonium nitrate/fuel oil) is a widely used bulk industrial explosive. |
| David's Tool Kit - A Citizens' Guide To Taking Out Big Brother's Heavy Weapons by Ragnar Benson | |
| DHS Introduction to Explosives Slides | |
| ReadMe for ScratchBuilt AR15 Blueprints | AR-15 Manufacturing |
| How to Weaponize Anthrax | |
| ATF Form 5400.13 - Application for Explosives License or Permit | |
| The Complete Improvised Kitchen | PDF guide to explosives, calls for pipes |
| The Mujahideen Explosives Handbook | PDF guide to explosives |
| Pen Gun | |
| DHS IED Fact Sheet | |
| The Anarchist Cookbook | PDF guide calls for pipes |

| Screenshot Type | Description | Date |
|---|---|---|
| Website | Mercury fulminate - Steps to Manufacture. Mercury fulminate is a primary explosive mainly used as a trigger for other explosives in percussion caps and detonators. | TBD |
| DIY Napalm Instagram | Recipe for "Flaming Hot Napalm Cakes" with graphic of Molotov cocktail | 12/18/2020 |
| TATP article | Stating where TATP ingredients can be procured, and safety and innocuous transportation of liquid explosives | 12/28/2020 |
| Recipes for APAN/AP | Detailed recipe with substitute ingredients and visual walkthrough of manufacturing steps from | 12/28/2020 12/30/2020 |

|  |  |  |
|---|---|---|
|  | budgetpyro.tripod.com. APAN/APPN are types of chemical explosives. |  |
| Mercury fulminate | Screenshot of recipe on how to manufacture mercury fulminate | 01/03/2021 |
| Instagram photo | Screenshot of homemade firearm recovered by police in South Africa | 02/03/2021 |
| Google results | Google query screenshot "What material are primers made" | 02/11/2021 |
| Website | "Short history of priming compounds" | 03/21/2021 |
| Wikipedia | Screenshot of explosive | 03/03/2021 |
| Website | Details on mixtures of mercury fulminate | 03/21/2021 |
| Google results | Images of rifle kit and shotgun kit | 10/13/2020 |
| Google results | "What creates chlorine gas?" | 10/15/2020 |
| Online video | Screenshot showing mixing of sugar and potassium nitrate, which is a combustible chemical combination. | 10/15/2020 |
| Google results | Drop down tab of question "How does anthrax occur naturally?" | 10/16/2020 |
| Google results | "ricen" [sic] | 10/16/2020 |
| Instagram post | "DIY Bottle Opener" (Image of drop-in auto sear [machine gun conversion kit]) | 10/17/2020 |
| Google groups | Screenshot of poster describing how to make ricin | 10/17/2020 |
| Website | Screenshot of about legality of ricin possession | 10/20/2020 |
| Google | Information on castor beans | 10/20/2020 |
| Website | "Some legal considerations when manufacturing black powder" | 10/24/2020 |
| Website | "Steps for mixing black powder" | 10/24/2020 |
| Website | "Materials list for making mercury fulminate" | 10/24/2020 |
| Website | "Recipe for Mercury fulminate" | 10/24/2020 |
| **Title / Short Descri** | **Description** |  |
| ANNM image | Detailed photographic guide on how to manufacture ANNM explosive, including with measurements. ANNM is a more sophisticated explosive variant of ANFO (ammonium nitrate with nitromethane as the fuel). |  |
| YouTube Screenshot | Screenshot taken from YouTube of video "Easiest way to make ammonium nitrate" and video details |  |
| "Make a bomb in the kitchen of your Mom" | Five separate images.<br>Image 1: ingredients readily available and not suspicious, and "easily disposed of if the enemy searches your home" and "in one or two days the bomb could be ready to kill at least ten |  |

| | |
|---|---|
| | people. IN a month you may make a bigger and more lethal bomb that could kill tens of people." Detailed description on using Christmas-light type lamp and iron pipes.<br>Image 2: depicts preparation of the pipe and final preparation of the device.<br>Image 3: depicts the electricity source of the "explosive device" and the use of a clock timer detonator.<br>Image 4: depicts additional setup of clock as detonator.<br>Image 5: depicts additional types of shrapnel to add to the device, "It is important to put a quantity of small nails on the surface of the iron pipe from the inside" and "You need to also include shrapnel. The best shrapnel are the spherical shaped ones." |
| Image depicting booby-trap device | Image depicting various types of booby-trap devices |
| "Workbench Silencers" | Image depicting steps for converting an aluminum can into a firearm silencer |
| "DO NOT MIX THESE CLEANING PRODUCTS" | Image depicting four sets of common household cleaning produc[ts] that, when mixed, would result in the production of 1) chlorine g[as], chloramine, 3) chloroform, and 4) peracetic acid |
| "Clothespin Switch" | Image depicting manufacturing a clothespin switch tripwire. Ima[ge] shows "Method of Use" with clothespin switch set up as booby t[rap] with tripwire, tethered to tree. |

Finally, agent also discovered disturbing photos of African Americans being shot and killed, a person with a Star of David on his back being hanged, and convicted mass-murderer Dylan Roof. *See* Dkt. 44, Exhibit 2, Exhibits from Detention Hearing. He also physically possessed white supremacist literature including Mein Kampf and the Turner Diaries. *Id*. Finally, his digital devices showed that he had researched addresses for individuals who have opposed or spoken out against racism or for diversity. *See* Dkt. 44, Exhibit 1, Transcripts of Detention Hearing; Exhibit 2, Exhibits from Detention Hearing.

Agents also reviewed notebooks found in Defendant's bedroom. These notebooks included the following:

    a.    Handwritten statement, undated, under the heading "Past Life": • "I

have a fantasy of mowing down hoards of men. With a machine gun."

    b.    Handwritten statement, under the heading "4/29/18" and the subheading "List of what I want": • "Know how to make my own guns."

    c.    Handwritten statement, on an undated page: • "learn what you need to make guns" • "what tools, what components."

    d.    Handwritten statement, undated, under the heading "To do List": • "Watch paper gun to learn how to create imitations of gun mechanisms."

The following are items identified during the search of Defendant's residence:

    a.    Partially built AR-15 style rifle and other firearm parts;

    b.    An electric drill press; and

    c.    Lengths of pipe.

## III

## UNITED STATES' SENTENCING RECOMMENDATION

The United States calculates Defendant's Guidelines at an Adjusted Offense Level 14, CHC I, Range 15-21 months. Pursuant to the Plea Agreement and after consideration of the facts of this case and the 18 U.S.C. § 3553 factors, the United States recommends a within Guideline range sentence of 18 months' custody.

The United States believes 18 months is sufficient but not greater than necessary given not only the serious nature of the charges, but the context surrounding Defendant's criminal activity.

### 1.    Defendant's Illegal Ghost Gun, Research, and Planning

First, Defendant's argument that the items purchased were legal is misleading. While the parts that Defendant acquired are (unfortunately) easily purchased, Defendant's actions were not legal. The AR-15 style PMF (or "ghost gun") was not being legally constructed. *See* Exh. 1, ATF Requirements and California State Requirements. Specifically, California law requires a person to apply in advance of manufacturing a firearm. *Id*. Similarly, federal law requires advance approval prior to

acquiring NFA weapons (like a silencer). *See id*. Based on the agents' investigation, Defendant made no such applications. *See id*.

Relatedly, and as set forth above, Defendant extensively researched firearms, explosives, and biological and chemical weapons. This activity demonstrates that Defendant's actions were not an innocent mistake, a fleeting interest, or a reckless or foolish transgression. This is also demonstrated by Defendant's misleading statement to agents that the silencer he ordered was a "solvent filter," a purpose that the United States' experts were prepared to say was not credible.

Defendant researched, planned, and then extensively executed his desire to build and possess an illegal firearm as part of a plan to build a larger (and also illegal) armory of destructive devices and armaments. Stated simply, Defendant knew what he wanted, how to get or make it, and had made significant steps towards his goal at the time of his arrest. Finally, when confronted with his illegal actions, Defendant lied about his intent.

## 2. **Defendant's Racist Ideology, Violent Fantasies, and Preparation**

Defendant's actions to build and possess a weapon are particularly disturbing given the additional information agents discovered regarding his racist ideologies, violent fantasies, and preparation. It demonstrates a more significant purpose and intent that goes beyond mere possession. Indeed, as the United States has argued to this Court before, Defendant's possession of the silencer is one relatively small piece of a greater and far more disturbing picture of Defendant's vision.

Review of Defendant's digital devices and possessions uncovered a disturbing fascination with Nazi and white supremacist related items, imagery, and propaganda. *See* Dkt. 44, Exhibit 2, Exhibits from Detention Hearing. Defendant also possessed violent and morbid imagery of dead/murdered African Americans and Jews. *Id*. Review of Defendant's journal similarly revealed a desire not only to build weapons, but also a desire to use them ("I have a fantasy of mowing down hoards of men. With a machine gun").

Admittedly, while upsetting, Defendant's writings and possession of these items is not illegal. But Defendant also possessed what appeared to be research on government facilities and prominent individuals involved in promoting racial equity. Given Defendant's attempts to build a firearm, his research, and his ideology, this information takes on a sinister nature reminiscent of the background and preparation of several recent mass shooters including the recent murders in Buffalo, San Diego, and South Carolina. Indeed, agents recovered several images of Dylan Roof, the perpetrator of the Charleston, South Carolina mass murder from Defendant's computer. *See* Dkt. 44, Exhibit 2, Exhibits from Detention Hearing

### 3. 18-Months is the Appropriate Sentence

Given all of this, the United States believes its mid-Guideline recommendation is the appropriate sentence. Defendant is not the "normal" perpetrator of this type of charge. His possession was not driven by a fascination with firearms alone, or a curiosity with silencers in particular. Defendant's possession was motivated as part of a larger purpose to build an armory of weapons, with the potential intent to act upon his racist ideologies in a way that this country has tragically seen before, and alarmingly appears to be experiencing with greater frequency.

A mid-range sentence strikes the appropriate balance in this case. Defendant undeniably possesses significant equities: a tough childhood, a difficult school life, and what appears to be untreated mental health issues. But Defendant's criminal acts are also serious. And this Court must also send a message of deterrence to both Defendant and those like him, that these types of preparatory crimes will be recognized for what they are and will be severely punished.

# IV
# CONCLUSION

For the foregoing reasons, the United States requests the Court sentence Defendant to 18 months' custody.

DATED: June 22, 2022

Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

/s/Brandon J. Kimura
BRANDON J. KIMURA
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21CR1163-GPC |
|---|---|
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| BRIAN MATTHEW THIBODEAU, | |
| Defendant | |

IT IS HEREBY CERTIFIED that:

I, BRANDON J. KIMURA, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101.

I am not a party to the above-entitled action. I have caused service of the United States' Sentencing Memorandum on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Thomas Rist, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2022

/s/Brandon J. Kimura
BRANDON J. KIMURA
Assistant United States Attorney