UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:21-cr-1163-GPC |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE |
| v. | |
| BRIAN MATTHEW THIBODEAU, | [ECF No. 102] |
| Defendant. | |

After consideration of Defendant's Motion to Modify Conditions of Supervised Release, the Court finds good cause to GRANT the motion. It is hereby ORDERED as follows:

1.      Defendant's Conditions of Supervised Release are hereby modified so that the Defendant shall no longer be required to be monitored with a GPS ankle device;

2.      All other Conditions of Supervised Release shall remain in full force and effect.

IT IS SO ORDERED.

Dated:  September 24, 2024

Hon. Gonzalo P. Curiel
United States District Judge